```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 04781
   GARY L SKOCZYLAS
   SUSAN F SKOCZYLAS                             CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-2724     SSN XXX-XX-0856

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/14/2005 and was confirmed 03/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.00%.

     The case was paid in full 12/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
FIFTH THIRD BANK           SECURED            6965.51       379.51       6965.51
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00           .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED         10833.60          .00       2275.06
ECAST SETTLEMENT CORP      UNSECURED         20366.89          .00       4277.05
ECAST SETTLEMENT CORP      UNSECURED         12865.70          .00       2701.80
SHERMAN ACQUISITION        UNSECURED          2617.94          .00        549.77
FIFTH THIRD BANK           UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED          2733.45          .00        574.02
PORTFOLIO RECOVERY ASSOC   UNSECURED         11480.24          .00       2410.85
WAL MART STORES INC        UNSECURED        NOT FILED          .00           .00
WASHINGTON MUTUAL BANK     SECURED NOT I         .00           .00           .00
WELLS FARGO BANK NA        MORTGAGE NOTI  NOT FILED           .00           .00
THOMAS W LYNCH             DEBTOR ATTY       2,100.00                    2,100.00
TOM VAUGHN                 TRUSTEE                                       1,419.22
DEBTOR REFUND              REFUND                                          497.21

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 24,150.00

PRIORITY                                          .00
SECURED                                      6,965.51
    INTEREST                                   379.51
UNSECURED                                   12,788.55
ADMINISTRATIVE                               2,100.00
TRUSTEE COMPENSATION                         1,419.22
DEBTOR REFUND                                  497.21
                        --------------     --------------
TOTALS                   24,150.00           24,150.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 04781 GARY L SKOCZYLAS & SUSAN F SKOCZYLAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 04781 GARY L SKOCZYLAS & SUSAN F SKOCZYLAS